UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JULIA SAMUELS | : | CIVIL ACTION NO. 12-0106 |
| VS. | : | JUDGE DONALD E. WALTER |
| DR. MIRACLES, INC., ET AL. | : | MAG. JUDGE KAREN L. HAYES |
| | | (consolidated with) |
| ALMA JOHNSON | * | CIVIL ACTION NO. 12-0117 |
| VERSUS | * | |
| DR. MIRACLES, INC., ET AL. | * | |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. #147] having been considered, together with the written objections thereto filed with this Court [Doc. #148], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED that the complaint-in-intervention [Doc. #130], filed by the Murphy Law Firm is hereby DISMISSED WITHOUT PREJUDICE, for lack of subject matter jurisdiction. Fed. R. Civ. P. 12(h)(3).

IT IS FURTHER ORDERED that the Clerk of Court is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $15,250.00 plus all interest earned, less the assessment fee for the administration of funds, payable to Julia Samuels, 15331 Kuykendahl Road, Apt. #505, Houston, TX 77090, and mail it to her at the foregoing address.

IT IS FURTHER ORDERED that, in light of the Court's dismissal of the complaint-in-intervention, the Motion to Remand [Doc. #149] and the Motion to Enforce Settlement Agreement [Doc.

#150], both filed by the Murphy Law Firm, are hereby DENIED as moot.

THUS DONE AND SIGNED this 8 day of October 2014, Shreveport, Louisiana.

*[signature]*
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE